**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV13-07664 JAK (SHx) | Date | June 16, 2014 |
| Title | Locata LBS, LLC v. Yellowpages.com, LLC, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Melissa Kunig | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Andrew Y. Choung<br>Dan Liu<br>Rex Hwang | Breton A. Boccheri (Yellowpages.com)<br>Timothy S. Durst (Yellowpages.com)<br>Andrew B. Grossman (Factual, Inc.)<br>Erin G. Mehta (Factual, Inc.) |

**Proceedings:** **YELLOWPAGES.COM, LLC'S MOTION TO STAY PENDING INTER PARTIES REVIEW (DKT. 78)**

**STATUS CONFERENCE RE SCHEDULING/TRIAL. MARKMAN HEARING BRIEFING. DISCOVERY, SETTLEMENT**

The motion hearing is held. The Court states its tentative view that it is inclined to grant in part Defendant Yellowpages.com's Motion to Stay Pending Inter Parties Review (the "Motion"). Counsel for Plaintiff and each Defendant in the consolidated cases address the Court.

The Court proposes that, instead of a full stay, the matter proceed under the schedule proposed by Defendant, which would lead to the filing of the Joint Markman Prehearing Statement on September 29, 2014. At that time the matter would be stayed, pending the expected mid-October 2014 decision by the Patent and Trademark Office ("PTO") on whether the request for *inter partes* review will be granted. If the PTO commences an *inter partes* review, the action would remain stayed; alternatively, if the PTO denies such review, the action would proceed, under a schedule that would be set following that decision. Recognizing that issues of efficiency are raised by this proposed schedule, counsel for the parties shall meet and confer and then file, on or before June 23, 2014, a joint report, not to exceed 8 pages, containing their respective or collective views on whether they can efficiently proceed under the proposed schedule. The parties shall also include in this report their collective or respective language with respect to defining the manner in which both Defendants would be estopped by a substantive ruling, if any, by the PTO following the *inter partes* review. Upon receiving the joint report, the Court will take the Motion UNDER SUBMISSION and issue a written ruling with respect to a stay, if any, as well as the estoppel effect of a substantive ruling following an *inter partes* review by the PTO.

**IT IS SO ORDERED.**

| | 0 | : | 36 |
|---|---|---|---|
| Initials of Preparer | mku | | |